# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER HUERTA GARNICA,<br><br>  Petitioner,<br><br>v.<br><br>M. MARTEL, Warden,<br><br>  Respondent. | Case No. EDCV 08-0560-JSL (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: May 14, 2009

_/s/ Spencer Letts_
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE