# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER HUERTA GARNICA, | Case No. EDCV 08-0560-JSL (JTL) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M. MARTEL, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: May 14, 2009

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE